FILED by ____ D.C.
ELECTRONIC

**Nov. 19, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

THOMAS WITOSHYNSKY, individually,

    Plaintiff,

v.

                              **09-82332-Civ-Dimitrouleas/Snow**

ASSET ACCEPTANCE, LLC,
a foreign limited liability company,

    Defendant.

_____/

## COMPLAINT FOR DAMAGES, DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55 *et seq*. ("FCCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§ 1331, 1337, 1367 and 15 U.S.C. § 1692k. Venue in this District is proper because Plaintiff received a communication from Defendant here and Defendant does business in this District.

## PARTIES

3.    Plaintiff, THOMAS WITOSHYNSKY, is a natural person, and citizen of the State of Florida, residing in Palm Beach County, Florida.

4.     Defendant, ASSET ACCEPTANCE, LLC, is believed to be a foreign limited liability company with its principal place of business located at 28405 Van Dyke Avenue, Warren, Michigan 48090.

5.     Defendant regularly uses the mail and telephone in a business, the principal purpose of which is the collection of debts.

6.     Defendant regularly collects or attempts to collect debts which it purchases from other parties other parties; it is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

7.     At all times material to the allegations of this complaint, Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

8.     With respect to the "Congressional findings and declaration of purpose" portion of the FDCPA, The United States Congress has declared at 15 U.S.C. § 1692:

> *(a) Abusive practices*
> There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.
>
> *(b) Inadequacy of laws*
> Existing laws and procedures for redressing these injuries are inadequate to protect consumers.

## FACTUAL ALLEGATIONS

9.    Defendant sought to collect an alleged debt from Plaintiff arising from a credit card used by Plaintiff primarily for personal, family or household purposes.

10.    On or about June 1, 2009, Defendant sent a letter to Plaintiff offering to settle the alleged debt for $1,597.97 dollars.

11.    A true and correct copy of said letter is attached hereto as Exhibit "A".

12.    In order to satisfy the alleged debt, on or about June 16, 2009, Plaintiff timely sent a check to Defendant in the amount of $1,597.97 dollars.

13.    A true and correct copy of said check is attached hereto as Exhibit "B".

14.    Defendant acknowledged said payment and sent Plaintiff a correspondence on August 11, 2009 confirming same.

15.    A true and correct copy of said correspondence is attached hereto as Exhibit "C".

16.    On September 4, 2009, Defendant sent Plaintiff another written request for payment of the same (previously satisfied) debt.

17.    A true and correct copy of said written request is attached hereto Exhibit "D".

18.    The written request reflects a balance of $3,641.90 dollars and erroneously suggests that that the debt is still due and owing.

19.    Plaintiff maintains that Defendant claimed, attempted, or threatened to enforce a debt when Defendant knew that the debt was not legitimate in violation of Fla. Stat. § 559.72(9).

## COUNT I
## FALSE REPRESENTATION OF THE CHARACTER, AMOUNT OR LEGAL STATUS OF THE ALLEGED DEBT

20.    Plaintiff incorporates Paragraphs 1 through 19.

21.    By attempting to collect a debt which had been satisfied, Defendant falsely represented the character, amount or legal status of the alleged debt in violation of 15 U.S.C. § 1692e(2)(A).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.    Damages;

b.    Attorney's fees, litigation expenses and costs of the instant suit; and

c.    Such other or further relief as the Court deems proper.

4

## COUNT II
## DECEPTIVE OR MISLEADING NOTICE

22.    Plaintiff incorporates Paragraphs 1 through 19.

23.    By containing false and/or confusing language in its September 4, 2009 correspondence, Defendant violated 15 U.S.C. § 1692e(10) as the statements contained in said communication would be deceptive or misleading to the least sophisticated consumer with respect to whether the alleged debt was still due and owing.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a. Damages;

      b. Attorney's fees, litigation expenses and costs of suit; and

      c. Such other or further relief as the Court deems proper.

## COUNT III
## DECLARATORY RELIEF AND PERMANENT INJUNCTION

24.    Plaintiff incorporates Paragraphs 1 through 19.

25.    Pursuant to 28 U.S.C §§ 2201 and 2202, Plaintiff seeks a declaration that Defendant's practices are in violation of both the FDCPA and the FCCPA.

26.    The FCCPA provides for equitable relief including injunctive relief. *Berg v. Merchs. Ass'n Collection Div.*, 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

27.    Plaintiff seeks both injunctive relief and equitable relief in accordance with his rights under both state and federal law.

WHEREFORE, PLAINTIFF requests that the Court enter judgment:

a.    Declaring that Defendant has violated both the FDCPA and FCCPA, including but not limited to Fla. Stat. § 559.72(9);

b.    Permanently enjoining Defendant and any other party from collecting the alleged debt;

c.    Attorney's fees, litigation expenses and costs of suit; and

d.    Such other or further relief as the Court deems proper.

### JURY DEMAND

Plaintiff demands trial by jury.

Dated this ⎿6⎤ᵀᴴ day of November, 2009.

6

SCOTT D. OWENS, ESQ.
Attorney for Plaintiff
Cohen & Owens, P.A.
3801 Hollywood Blvd., Suite 200
Hollywood, FL 33021
Telephone: 954-923-3801
Facsimile: 954-967-2791
scott@cohenowens.com

By: _____
    Scott D. Owens, Esq.
    Florida Bar No. 0597651

7

# Asset Acceptance LLC

Toll Free 877-850-0076 Ext. 0
LOCAL OFFICE: San Antonio, TX

*Called.*

June 1, 2009

RE: BANK ONE

CLIENT ACCOUNT #: 6019190200456858
Asset Acceptance LLC ACCT#: 26139424
CURRENT BALANCE: $5326.58
SETTLEMENT BALANCE: $1597.97
EXPIRATION DATE: June 30, 2009

> **70% DISCOUNT**
> **SEE BELOW FOR**
> **DETAILS!**

## THE TIME IS NOW!

Dear Thomas Witoshynsky:

Time for what you ask? Time for us to reach out to you to make you a settlement offer you will find hard to refuse. Time for you to take advantage of our discount offer and settle this debt. Time for action! So are you ready? Our offer to you this month is a 70% discount on your current balance of $5326.58!

| Current Balance: | $5326.58 |
| Discount Offer: | $3728.61 |
| Payment Due Date: | On or before June 30, 2009 |
| **PAY THIS AMOUNT:** | **$1597.97** |

**ACCEPT THIS OFFER BEFORE JUNE 30, 2009**

- Call Nisa Lee toll-free at 877-850-0076 at ext. 0 today.
- Go online to www.paymybill.com using your credit card, debit card, or checking account. Your user ID is: 0271627. Your password is: 26139424.
- Mail a check or money order using the enclosed return envelope.

**TAKE ADVANTAGE OF THESE BENEFITS**

- Savings of $3728.61
- A zero balance on your BANK ONE account with us
- A paid account letter

It may be possible to extend the deadline under certain circumstances. The settlement offer outlined above is guaranteed through the above referenced date. After that time we reserve the right to modify the settlement offer, or revoke the offer entirely. We are not obligated to renew this offer.

This offer is void if a previous settlement has been arranged.

Please note that the Current Balance was calculated on May 15, 2009 and may vary due to payments and/or accrual of interest.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

Nisa Lee Phone: 877-850-0076 Ext. 0
Debt Collector

9609W

See Reverse Side for Important Information Regarding Your Privacy Rights.
***Detach Lower Portion and Return with Payment***

"Exhibit A"

## ASSET ACCEPTANCE LLC
### A DEBT COLLECTION COMPANY
### PRIVACY POLICY

ASSET ACCEPTANCE LLC recognizes the necessity of keeping our information about you secure and confidential. This policy concerns Customer Information about you, which means personally identifiable information about you and your relationship with ASSET ACCEPTANCE LLC. This policy applies to you whether you are a current or former customer of ours, unless and until you receive a new privacy policy from us. This policy is provided to you as required by the Gramm-Leach-Bliley Act, 15 U.S.C. 6801-6810. You may have additional rights under applicable state law.

INFORMATION SECURITY. We restrict access to Customer Information about you to those employees or service providers who need to know that information to service your account(s). We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your Customer Information. Whenever we hire other organizations to provide support services, we will require them to conform to our privacy standards and to allow us to audit them for compliance.

COLLECTING INFORMATION. We obtain Customer Information about you as permitted by law from: applications or other forms you have filled out; your transactions with us, prior owners of your account, our affiliates, or others; and consumer reports (including credit reports). This information includes your name, your address, your social security number, your current and former employers, your payment history and your account balances.

USING INFORMATION IN CONNECTION WITH THE COLLECTION OF DEBT. If we want to use any of the Customer Information we have obtained about you in connection with the collection of debt, we can only communicate that information with your express permission, or with the express permission of a court, or to you, your attorney, the creditor to whom you owe the debt, that creditor's attorney, our own attorney, or as otherwise permitted by the federal Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. and Fair Credit Reporting Act, 15 U.S.C. 1681 et seq. YOU DO NOT HAVE TO DO ANYTHING IN ORDER TO LIMIT OUR USE AND SHARING OF YOUR CUSTOMER INFORMATION IN CONNECTION WITH THE COLLECTION OF DEBT.

USING INFORMATION FOR OTHER PURPOSES AS PERMITTED BY LAW. If we want to use or share any of the Customer Information we have obtained about you for some purpose other than the collection of debt, we can share that information as permitted by the following laws.

> The Gramm-Leach-Bliley Act allows us to share Customer Information with non-affiliated third parties in certain circumstances such as with companies that provide services to us or that help us administer your account, in connection with the sale of our business assets, and if the sharing is necessary for us to be in compliance with law.

> The Fair Credit Reporting Act allows us to share certain information other than credit report information with debt purchasers affiliated with us.

> The Fair Debt Collection Practices Act allows financial institutions and other businesses to share basic information concerning individual's locations with each other for limited purposes ("skip-tracing"), and Asset Acceptance LLC both initiates and responds to skip-tracing requests as permitted by law.

CheckImage

Please be patient while your image is downloading.

THOMAS WITOSHYNSKY By cashing this check payee agrees to accept 1002
ALISON B. DRESCHER Check in full payment of the account as
3829 SHELLEY RD N agreed + agrees to remove all derogatory              83-7784/2570
WEST PALM BEACH, FL 33407 information from
Remitter's Credit reports. ick pay of BOA notes        June 16, 2009

Pay to the
Order of   Asset Acceptance LLC                                $ 1597.97

one thousand five hundred ninety seven and 97/xx

TROPICAL
FINANCIAL      3050 CORPORATE WAY
CREDIT UNION    MIRAMAR, FLORIDA 33025-4649

For 26139424

⑆267077847⑆ ⑈197163210⑉ 1002 ⑈0000159797⑈

**Front**

JP MORGAN CHASE BANK, NA
INDIANAPOLIS, IN 07262009
P070099624 651 3064 20

3420573491  #641865116

**Back**

**Close**

"Exhibit B"

https://www.tropicalfcu.org/onlineserv/HB/CheckImage.cgi?data=1QUNDVCqrMHrBVFf...    9/8/2009

# Asset Acceptance LLC

Toll Free: 877-234-3936 Ext. 8642

LOCAL OFFICE: SAN ANTONIO, TX

August 11, 2009

RE : BANK ONE

CLIENT ACCT # : 6019190200456858
ASSET ACCEPTANCE LLC ACCT # : 26139424
CURRENT BALANCE : $0.00

Dear THOMAS WITOSHYNSKY:

Please be informed that the aforementioned account with Asset Acceptance LLC was paid on 07/17/09 and there is no longer a balance due and owing.

You may use this letter to notify any creditors that the account is paid.

If the payment instrument is returned "not paid" for any reason, this letter will be null and void.

Feel free to contact this office with any questions you may have.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

Kimberly Fox - Phone 877-234-3936 Ext. 8642
Debt Collector
ASSET ACCEPTANCE LLC

P.O. BOX 2039
WARREN, MI 48090-2039
Address Service Requested

ACCOUNT NUMBER:   26139424

26139424-7099-6

#BWNJRHJ
#0000000261394241#
THOMAS WITOSHYNSKY
3829 SHELLEY RD N
WEST PALM BEACH FL   33407-3182

ASSET ACCEPTANCE LLC
P.O. BOX 2036
WARREN, MI 48090-2036

Exhibit ("

ASAC7099   (QESP)40/T041:011339:001:1000:09222:FL51:ASACJ99:01:

# Asset Acceptance LLC

Toll Free 800-525-8022 Ext. 3712

P.O. BOX 2036 - Warren, MI 48090-2036

September 4, 2009

RE :

BANK ONE
CLIENT ACCT # : 8019190200456858
ASSET ACCEPTANCE LLC ACCT # : 26139424

BALANCE DUE : $3641.90

Dear THOMAS WITOSHYNSKY:

Information requested to evaluate your account: Please initial the applicable choice below.

_____ I intend to pay.

_____ Payment in full enclosed.

_____ I will pay on _____ (date).

_____ Need to discuss, my phone number is (_____) _____.

- or -

_____ I admit responsibility but am unable to pay at this time.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

JOHN GOODE-Phone: Toll Free 800-525-8022 Ext. 3712
Debt Collector

---

Detach Lower Portion and Return with Payment.

P.O. BOX 2039
WARREN, MI 48090-2039

Address Service Requested

ACCOUNT NUMBER:  26139424
BALANCE DUE:     $3641.90

26139424-7018-JGE6

#BWNJRHJ
#0000000261394241#
THOMAS WITOSHYNSKY
3829 SHELLEY RD N
WEST PALM BEACH FL    33407-3182

ASSET ACCEPTANCE LLC
P.O. BOX 2036
WARREN, MI 48090-2036

"Exhibit D"

12 of 13

ASAC7018    (QEBP)40:T014:001945:001:1000,09246:PL51:ASACJ18:01:

ELECTRONIC    D.C.

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as re[...] by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of [...] the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)    **NOTICE: Attorneys MUST Indicate All Re-filed C[...]**

**Nov. 19, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

## I. (a) PLAINTIFFS

THOMAS WITOSHYNSKY, individually

**DEFENDANTS**

ASSET ACCEPTANCE, LLC

**(b)** County of Residence of First Listed Plaintiff **Palm Beach County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Macomb County**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Scott D. Owens, Esq./COHEN & OWENS, P.A.
3801 Hollywood Boulevard, Suite 200, Hollywood, FL 33021
Phone: 954-923-3801

Attorneys (If Known)

09cv82332   Dimitrouleas/Snow

**(d)** Check County Where Action Arose:  ☐ MIAMI- DADE   ☐ MONROE   ☐ BROWARD   ☑ PALM BEACH   ☐ MARTIN   ☐ ST. LUCIE   ☐ INDIAN RIVER   ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☑ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page):

a) Re-filed Case ☐ YES ☑ NO    b) Related Cases ☐ YES ☑ NO

JUDGE                          DOCKET NUMBER

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):

FDCPA Violation

LENGTH OF TRIAL via 1  days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☑ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE  11/16/09

**FOR OFFICE USE ONLY**

AMOUNT  548122        RECEIPT #        IFP

13 of 13